**Marcellus WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 81487.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 25, 2003.

Marcellus Williams, Mineral Point, MO, pro se.

Jeremiah W. (Jay) Nixon, Attorney General, Nicole E. Gorovsky, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J., and KATHIANNE KNAUP CRANE, J.

### ORDER

PER CURIAM.

Appellant, Marcellus Williams ("movant"), appeals the judgment of the Circuit Court of the City of St. Louis denying his 29.15 motion for post-conviction relief without an evidentiary hearing. Movant seeks to vacate his convictions and sentences for robbery in the first degree, section 569.020 RSMo 1994,[1] armed criminal action, section 571.015, and unlawful use of a weapon, section 571.030. Movant was sentenced as a persistent offender to a term of twenty years imprisonment for robbery in the first degree, a concurrent term of twenty years imprisonment for

armed criminal action, and a concurrent term of seven years imprisonment *for unlawful* use of a weapon. We affirm.

We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's determination is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).

---

1.  All statutory references are to RSMo 1994, unless otherwise indicated.